No. 96–1185. McGillivray v. United States. C. A. 8th Cir. Certiorari denied.

No. 96–1194. Jones v. Forest Industries Insurance Exchange. Ct. App. Ore. Certiorari denied.

No. 96–1200. Spinden v. GS Roofing Products Co., Inc. C. A. 8th Cir. Certiorari denied.

No. 96–1209. Campbell v. Towse, Mayor, City of Alton, et al. C. A. 7th Cir. Certiorari denied.

No. 96–1217. Flores v. FMC Corp. et al. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–1220. Morewitz v. Ashmore. Sup. Ct. Va. Certiorari denied.

No. 96–1225. Markson et ux. v. A & W Investors Group, Inc. Ct. App. Ariz. Certiorari denied.

No. 96–1226. Shaffett v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–1232. Califorrniaa v. Clinton, President of the United States. C. A. 9th Cir. Certiorari denied.

No. 96–1235. Ilic v. Liquid Air Corp. C. A. 11th Cir. Certiorari denied.

No. 96–1237. Patrick v. United States et al. C. A. 6th Cir. Certiorari denied.

No. 96–1244. Beyong Chul Choi v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–1250. Fort v. United States. C. A. 7th Cir. Certiorari denied.

No. 96–1255. Rheinstrom v. Robinson, Administrator, Illinois Attorney Registration and Disciplinary Commission. Sup. Ct. Ill. Certiorari denied.

No. 96–1262. Volpe v. United States. C. A. 3d Cir. Certiorari denied.